UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

Plaintiff,

v.

T. MOHAMMAD, et al.,

Defendants.

No. 2:16-cv-1704 AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 3.

By order filed September 9, 2016, plaintiff was ordered to file an in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $50.00 administrative fee within thirty days. ECF No. 4. Thirty days have now passed and plaintiff has failed to file the required affidavit, pay the fee, or otherwise respond to the court's order. Plaintiff shall be given an additional thirty days to either submit an in forma pauperis affidavit or pay the required fees. Failure to comply with this order shall result in dismissal of this action.

The court also notes that the Inmate Locator website operated by the California Department of Corrections and Rehabilitation indicates that plaintiff is currently incarcerated at

California Medical Facility in Vacaville.[1] It appears that plaintiff has failed to keep the court notified of his current address. Plaintiff will be required to notify the court whether he is still housed at California Health Care Facility in Stockton or whether he is in fact now housed at California Medical Facility. Plaintiff is reminded that he is responsible for notifying the court whenever his address changes and that failure to do so may result in dismissal of this case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days of service of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Within fourteen days of service of this order, plaintiff must file a notice with the court telling the court his current address.

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

5. The Clerk of the Court is directed to serve this order on plaintiff at his address of record and at California Medical Facility, P.O. Box 2000, Vacaville, CA 95696.

DATED: November 1, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[1] See Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").