1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TUANJA EDWARD ANDERSON,                    No.  2:16-cv-1704 AC P

12                  Plaintiff,

13          v.                                  ORDER

14   T. MOHAMMAD, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for

19   all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a).  ECF No 3.

20          By order filed September 9, 2016, plaintiff was ordered to submit either an in forma

21   pauperis affidavit or pay the filing fee within thirty days.  ECF No. 4.  Plaintiff did not respond to

22   the order and on November 1, 2016, was given an additional thirty days to comply.  ECF No. 5.

23   Additionally, because the California Department of Corrections and Rehabilitation's Inmate

24   Locator website indicated that plaintiff had been transferred from the California Health Care

25   Facility, which is his address of record, to the California Medical Facility, the order was served

26   on plaintiff at both locations and he was ordered to notify the court of his current address.  Id.

27   Plaintiff was warned that failure to comply would result in a recommendation that the case be

28   dismissed.  Id.  Plaintiff's time for complying with the order has now passed and plaintiff has

1

failed to respond in any way.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is dismissed without prejudice for failure to prosecute.

2. The Clerk of the Court is directed to serve this order on plaintiff at his address of record and at California Medical Facility, P.O. Box 2000, Vacaville, CA 95696.

DATED: December 16, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2